[No. 29705-8-I.      Division One.      July 11, 1994.]

*In the Matter of the Detention of* P.S., SETH COHEN, ET AL, *Petitioners*, P.S., *Appellant*.

*In the Matter of the Personal Restraint of* P.S., *Petitioner*.

Appeal from judgments of the Superior Court for Snohomish County, No. 91-6-00253-6, Richard J. Thorpe and Stuart C. French, JJ., entered December 4, 1991, and October 6, 1992, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Kennedy, JJ. Now published at 75 Wn. App. 571.

[No. 32018-1-I.      Division One.      July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP VAN HILLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00656-0, Daniel T. Kershner, J. Pro Tem., entered December 2, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Kennedy, J., Baker, J., dissenting.

[No. 33798-0-I.      Division One.      July 11, 1994.]

CONTINENTAL, INC., *Respondent*, v. RE/MAX EASTSIDE BROKERS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-04889-2, Peter K. Steere, J., entered November 4, 1993. *Affirmed* by unpublished per curiam opinion.